UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES RUSSELL JOHNSON,

      Petitioner,

v.                                    Case No. 5:19cv290-TKW-HTC

DUVAL COUNTY JAIL,
et al.,

      Respondents.

_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this action by filing a handwritten petition for writ of habeas corpus under 28 U.S.C. § 2241. ECF Doc. 1. The matter was referred to the undersigned Magistrate Judge for preliminary screening and report and recommendation pursuant to 28 U.S.C. § 636 and N.D. Fla. Loc. R. 72.2(B). For the reasons set forth below, the undersigned recommends the Petition be dismissed for failure to prosecute and failure to follow orders of the Court.

The petition was not on this Court's required forms and was not accompanied by the requisite filing fee or, alternatively, a motion to proceed *in forma pauperis*. Thus, on August 16, 2019, the Court entered an order directing Plaintiff to cure these deficiencies by September 16, 2019.

In a Notice of Filing Addendum (ECF Doc. 4), filed August 29, 2019, Plaintiff claimed that he sent a check for the filing fee of $5.00 to the Court a week before that submission and that he cannot make the service copies because Calhoun County Jail officials have locked him out of the kiosk that allows him to request copies. He also alleged that he was being denied access to the law library and that he was put into segregation and pepper sprayed without justification. Plaintiff did not seek specific relief. On the same day Plaintiff filed his Notice of Filing Addendum, he filed an amended petition on the proper form. ECF Doc. 5.

Subsequently, on September 5, 2019, the Court ordered Johnson to provide two (2) service copies of his amended petition and, again, to pay $5.00 or file an application to proceed *in forma pauperis* by September 30, 2019. ECF Doc. 6. To date, Johnson has not supplied the service copies, the $5.00 filing fee, or an application to proceed *in forma pauperis*.

Therefore, on October 10, 2019, the Court directed Petitioner to show cause, within **fourteen (14) days** of the date of that order, why his case should not be recommended for dismissal for failure to prosecute or to follow an order of the Court. Petitioner was warned, "failure to timely comply with this order, including a failure to respond to the order, may result in a recommendation that this case be dismissed for failure to prosecute and comply with an order of the Court with no further notice." No response was received by the Court.

Accordingly, it is respectfully RECOMMENDED:

1.    That this case be DISMISSED WITHOUT PREJUDICE for failure to

prosecute or failure to comply with a Court order.

2.    That the clerk be directed to close the file.

At Pensacola, Florida, this 5th day of November, 2019.

*/s/ Hope Thai Cannon*

**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

<u>NOTICE TO THE PARTIES</u>

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. See 11th Cir. R. 3-1; 28 U.S.C. § 636.