UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JAMES RUSSELL JOHNSON,**

    Petitioner,

v.                                                                    Case No. 5:19cv290-TKW-HTC

**DUVAL COUNTY JAIL, et al.,**

    Respondents.
_____/

# O R D E R

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 8). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case is due to be dismissed based on Petitioner's failure to comply with court orders.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The amended petition for writ of habeas corpus (Doc. 5) is **DISMISSED without prejudice**.

3. The Clerk shall close the case file.

**DONE and ORDERED** this 25th day of November, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**